UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CR-206-01-F
No. 5:09-CV-284-F

| | | |
|---|---|---|
| LAMONT LEE TURRENTINE,<br>  Movant, | )<br>)<br>) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA<br>  Respondent. | )<br>)<br>) | |

Turrentine's Motion to Alter or Amend Judgment [DE-86] is DENIED, for the reasons cogently set forth in the Government's Response in opposition thereto [DE-88].

The court, however, deems the Motion to Amend to have been filed on **February 19, 2011.** According to the FCI-Estill stamp and notation on the back of the envelope containing that motion, it was delivered on that date to prison officials for mailing pursuant to Rule 3(d), RULES GOVERNING § 2255 PROCEEDINGS.

This action is DISMISSED without prejudice to refile it after obtaining permission to do so from the Fourth Circuit Court of Appeals pursuant to 28 U.S.C. § 2255(h).

SO ORDERED.

This, the 9th day of March, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge